Receipt number AUSFCC-10236072

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FREDERICK KAPLAIN, )<br>TRUSTEE OF THE R&B REALTY TRUST )<br>    )<br>    )<br>    *Plaintiff*,    )<br>    )<br>v.    )<br>    )<br>THE UNITED STATES OF AMERICA,    )<br>    )<br>    *Defendant*.    )<br>_____)  | Case No.: **25-333 L**<br><br>Judge: |

# COMPLAINT

## JURISDICTION

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1494(a)(1) ("Tucker Act") because this action presents a claim against the United States which is founded upon the Constitution and Statutes of the United States.

2.      Plaintiff's claims are based upon 1) The Fifth Amendment to the United States Constitution prohibiting the taking of private property for public use, without just compensation; 2) The National Trails System Act Amendments of 1983; 16 U.S.C. § 1247(d) ("Trails Act"); 3) The Tucker Act, 28 U.S.C. § 1491(a) ("Tucker Act"); and 4) The Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c) (2000).

## COUNT I

## (TAKINGS CLAIM)

3.      Upon information and belief, CSX Transportation, Inc. formerly owned an easement for railroad purposes, between approximately Milepost QVF 18.01 to Milepost QVF 16.9, a distance of 1.61 miles in the Franklin Subdivision, Norfolk County, Massachusetts (the "Line").

4. The easement lay across property owned by Plaintiff.

5. Upon abandonment of the easement and/or authorization of use beyond the scope of the easement, Plaintiff's property would have been unburdened by any easement.

6. R&B Realty Trust owned land adjacent to the Railroad Line on the date of the taking, February 10, 2025. The property owned by R&B Realty Trust is located in Norfolk County, Massachusetts, and includes parcel number 287-074-000, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

7. On February 10, 2025, the Surface Transportation Board ("STB") issued a Notice of Interim Trail use ("NITU") relating to the following segment of the Railroad Line: Milepost QVF 18.01 to Milepost QVF 16.9, a distance of 1.61 miles in the Franklin Subdivision, Norfolk County, Massachusetts. But for the operation of the Trails Act, Plaintiff would have the exclusive right to physical ownership, possession, and use of their property free of any easement for recreational trail use or future railroad use.

8. By operation of the Trails Act, the United States took the Plaintiff's property which it is Constitutionally obligated to pay just compensation.

9. Plaintiff owned the aforementioned property on the date of the taking, February 10, 2025, and is therefore the proper claimant for compensation.

10. Plaintiff's property includes but is not limited to the fee title to the property underlying the former railroad easement.

11. The United States' actions damaged the Plaintiff by taking a portion of the Plaintiff's property and by diminishing the value of the remaining property and by attenuating delay damages based upon the delayed payment of compensation.

WHEREFORE, Plaintiff respectfully requests a monetary judgment in its favor representing the full fair market value of the property taken by the United States on the date it was taken, including severance damages, delay damages, interest, and costs and attorneys' fees incurred by Plaintiff and for such further relief as this Court may deem just and proper.

Date: February 24, 2025

Respectfully submitted by:

STEWART, WALD & SMITH, LLC

By: _____

Michael J. Smith
Steven M. Wald
3636 S. Geyer Rd., Suite 200
Saint Louis, MO 63127
Telephone: (314) 720-0220
Facsimile: (314) 899-2925
smith@swslegal.com
wald@swslegal.com

-and-

Thomas S. Stewart
Reed W. Ripley
2100 Central St., Suite 22
Kansas City, MO 64108
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swslegal.com
ripley@swslegal.com

ATTORNEYS FOR PLAINTIFFS